# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CV388 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ADA I. ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

On October 17, 2005, the Court granted the United States of America's Motion for Default Judgment, and on October 26, 2005, the Defendant Ada I. Ortiz filed an Answer to the Complaint. Defendant is represented by counsel, but it appears that Defendant's counsel has not yet registered for the CM/ECF system. Because the Defendant has made an appearance but has not moved to set aside the default judgment,

IT IS ORDERED:

1. The Defendant shall file a motion to set aside the default judgment, if at all, on or before Thursday, November 10, 2005; and

2. The Clerk of the Court is directed to mail a copy of this order to Defendant's counsel at the address provided on the docket sheet.

Dated this 1st day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge